UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

TONY RAYA, JR.,

        Plaintiff,

   v.

WACHOVIA MORTGAGE, ET AL,

        Defendants.

NO. CIV. S-09-01325-FCD-GGH

ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS

----oo0oo----

    1.   The hearing on Defendants' Motion to Dismiss and Motion to Strike is continued to September 18, 2009 at 10:00 a.m. Plaintiff shall file and serve its opposition brief or notice of non-opposition no later than September 4, 2009. The Defendants may file and serve a reply on or before September 11, 2009.

    2.   Plaintiff is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendants' motion in compliance with Local Rule 78-230(c).

    3.   Plaintiff shall file his response to the order to show cause on or before September 4, 2009

    4.   A hearing on the order to show cause, if necessary,

will follow the hearing on the Motion to Dismiss and Motion to Strike.

IT IS SO ORDERED.

DATED: August 24, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2